Tsephanyah Y HAWKINS; Yahchanan Y Hawkins, Plaintiffs–Appellants

v.

The Honorable John W WEEKS; Victoria L Carter; Marilyn Gardner; John A Chistolini; S A W Solutions, Inc; South Carolina School of Court Reporting Inc; Chistolini and Desimone Inc, Defendants–Appellees.

No. 06–10544
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 30, 2007.

Tsephanyah Y. Hawkins, Clyde, TX, pro se.

Yahchanan Y. Hawkins, Clyde, TX, pro se.

Hao Pham Le, Office of the Attorney General General Litigation Division, Austin, TX, Tiffani N. Helms, Carter Law Firm, Kerry Digioia, McMahon, Surovik, Suttle, Buhrmann, Hicks & Gill, Roy B. Longacre, Wagstaff, Alvis, Stubbeman, Seamster & Longacre, Gary M. Brown, Abilene, TX, for Defendants–Appellees.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

For the reasons stated by the district court below, we AFFIRM.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.